

|  |
|---|
| 8 West 40th Street |
| 12th Floor |
| New York, NY  10018 |

dir 212.956.9508
tel 212.956.9500
fax 212.376.6080
amichaels@hballp.com

March 8, 2018

**VIA ECF**

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Kiler v. Rag & Bone Holdings, LLC d/b/a Rag & Bone*,
              18-cv-852 (RRM)(PK)

Dear Judge Mauskopf:

    On behalf of defendant Rag & Bone Holdings, LLC d/b/a Rag & Bone ("Rag & Bone"), and with the consent of plaintiff Marion Kiler, Rag & Bone respectfully requests the time to move, answer, or otherwise respond to the Complaint be extended up to and including April 6, 2018.  The original response date is March 8, 2018, as per Fed. R. Civ. P. 12(a)(1)(A)(i).

    There has been no previous request for extension of time in connection with this matter and no other scheduled dates are affected.

    Thank you for your consideration.

                              Respectfully submitted,

                              Adam B. Michaels

cc: all counsel of record (via ECF)

